AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher George Rockey<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | **Case: 1:23-mj-00345**<br>**Assigned To : Harvey, G. Michael**<br>**Assign. Date : 12/12/2023**<br>**Description: COMPLAINT W/ARREST WARRANT** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher George Rockey                                                           ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ☒ Complaint
❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in any of the Capitol Buildings,
18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3) – Civil Disorder.

Date:      12/12/2023

                                                                G. Michael Harvey
                                                                Digitally signed by G. Michael Harvey
                                                                Date: 2023.12.12 12:14:14 -05'00'

                                                                *Issuing officer's signature*

City and state:          Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
                                                                *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  12/12/2023 , and the person was arrested on *(date)*  12/13/2023<br>at *(city and state)*  Cross, SC .<br><br>Date:  12/13/2023                                 *Arresting officer's signature*<br><br>                                 Matthew O Tulla – FBI TFO<br>                                 *Printed name and title* |